| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Thompson, Anne E. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>09/25/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>402 E. State Street<br>Room 4000<br>Trenton, NJ 08608 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Fifth |
| 3. | Co-Trustee | Trust #2 - U/W Wm. Thompson Art. Sixth |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | April 21-24. 2016 | Sarasota, FL | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | September 22-25, 2016 | New York, NY | Activity of Organization | Train Fare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Nat'l Bank Checking Account | A | Interest | J | T | | | | | |
| 2. Glenmede Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 3. Metropolitan Life Insurance Company | A | Interest | J | T | | | | | |
| 4. Chase Bank | A | Interest | K | T | | | | | |
| 5. TRUST #1 -- U/W Wm. Thompson Art. Fifth (H) | | | | | | | | | |
| 6. -- Fidelity Diversified Int'l Fund | A | Dividend | K | T | | | | | |
| 7. -- Fidelity Money Market Cash Reserves | A | Dividend | J | T | | | | | |
| 8. -- Fidelity Advisor New Insights Fund | A | Dividend | J | T | Sold (part) | 04/21/16 | J | A | |
| 9. -- Fidelity Real Estate Investment Fund | A | Dividend | J | T | Sold (part) | 12/22/16 | J | A | |
| 10. -- Fidelity Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 11. -- Fidelity Short-Inter Mediate Muni Income Fund | A | Dividend | J | T | | | | | |
| 12. -- Baron Growth Fund | A | Dividend | J | T | | | | | |
| 13. -- DWS Strategic High Yield Tax Free CL S | B | Dividend | K | T | | | | | |
| 14. -- Diamond Hill Small Cap Fund CL A | A | Dividend | J | T | | | | | |
| 15. -- Harbor Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 16. -- Hartford Capital Appreciation Fund CL A | A | Dividend | J | T | | | | | |
| 17. -- Hotchkins & Wiley Mid Cap Value Fund CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Morgan Stanley Mid Cap Growth Port CL P | C | Dividend | J | T | Sold (part) | 12/22/16 | J | A | |
| 19. -- T Rowe Price Mid Cap Value Fund Adv Class | A | Dividend | J | T | | | | | |
| 20. -- T Rowe Price Value Fund Adv Class | A | Dividend | K | T | | | | | |
| 21. -- S&P 500 Depository Receipt | A | Dividend | K | T | Sold (part) | 02/18/16 | K | A | |
| 22. -- Invesco Int'l Growth Fund | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 23. -- Invesco Int'l Growth Fund | A | Dividend | J | T | Buy (add'l) | 11/01/16 | J | | |
| 24. -- Vitrus Foreign Opportunities Fund | A | Dividend | J | T | | | | | |
| 25. -- MFS International Diversification Fund | A | Dividend | J | T | | | | | |
| 26. -- T Rowe Tax Free Inc Fund | A | Dividend | J | T | | | | | |
| 27. -- Aston/River Road Dividend All Cap | A | Dividend | | | Sold | 04/21/16 | J | A | |
| 28. -- Causeway International Value | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 29. -- FMI Large Cap Fund | A | Dividend | J | T | Sold (part) | 09/01/16 | J | A | |
| 30. -- MFS Research Int'l | A | Dividend | J | T | Sold (part) | 04/21/16 | J | A | |
| 31. -- Primecap Odyssey Growth Fund | A | Dividend | J | T | | | | | |
| 32. -- IShares TR Russell 1000 Value Index | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 33. -- IShares TR Russell 1000 Value Index | A | Dividend | J | T | Sold (part) | 04/25/16 | J | A | |
| 34. -- IShares TR Russell 100 Growth Index | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Fidelity Municipal Income | C | Dividend | L | T | Sold (part) | 02/16/16 | K | B | |
| 36. -- Artisan Small Cap Fund | A | Dividend | J | T | | | | | |
| 37. -- Wells Fargo Short-Term Muni Inc | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 38. -- Wells Fargo Short-Term Muni Inc | A | Dividend | J | T | Buy (add'l) | 04/21/16 | J | | |
| 39. -- Wells Fargo Short-Term Muni Inc | A | Dividend | J | T | Buy (add'l) | 12/22/16 | J | | |
| 40. -- IShares TR Russell 1000 Index Fund | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 41. -- Vanguard Growth Vipers | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 42. -- Vanguard Value Vipers | A | Dividend | K | T | Sold (part) | 02/18/16 | J | A | |
| 43. -- Blackrock National Muni Fund Cl A | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |
| 44. -- Blackrock National Muni Fund Cl A | A | Dividend | K | T | Sold (part) | 12/22/16 | J | A | |
| 45. -- Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 46. -- Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | Sold (part) | 04/25/16 | J | A | |
| 47. -- Fidelity International Cap Appreciation Fund | | None | | | Sold | 02/16/16 | J | A | |
| 48. -- MFS International Value Fund | | None | | | Sold | 02/16/16 | J | A | |
| 49. -- Spdr Ser Tr Barclays Conv Secs Etf | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 50. -- Franklin International Sm Cap Grwth Adv | | None | | | Sold (part) | 02/16/16 | J | A | |
| 51. -- Franklin International Sm Cap Grwth Adv | | None | | | Sold (part) | 04/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Franklin International Sm Cap Grwth Adv | | None | | | Sold | 11/01/16 | J | A | |
| 53. -- Oppenheimer International Bond | A | Dividend | | | Sold | 02/16/16 | K | A | |
| 54. -- Ishares Core S&P Small Cap | | None | | | Sold | 02/18/16 | J | A | |
| 55. -- Causeway Emerging Markets | | None | | | Sold | 02/16/16 | J | A | |
| 56. -- T Rowe Price Emerging Markets Stock | | None | | | Sold | 02/16/16 | J | A | |
| 57. -- Eaton Vance Income Fund of Boston | A | Dividend | | | Sold | 02/16/16 | J | A | |
| 58. -- Templeton Frontier Markets | | None | | | Sold (part) | 01/19/16 | J | A | |
| 59. -- Templeton Frontier Markets | | None | | | Sold (part) | 01/25/16 | J | A | |
| 60. -- Templeton Frontier Markets | | None | | | Sold | 01/27/16 | J | A | |
| 61. -- Invesco Convertible Securities Fd | | None | | | Sold | 02/16/16 | J | A | |
| 62. -- Acadian Emerging Markets Investor | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 63. -- Blackrock High Yield Bond K | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 64. -- Blackrock High Yield Bond K | A | Dividend | J | T | Buy (add'l) | 04/21/16 | J | | |
| 65. -- Blackrock High Yield Bond K | A | Dividend | J | T | Buy (add'l) | 11/01/16 | J | | |
| 66. -- Franklin Convertible Securities | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 67. -- Morgan Stanley Inst International | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 68. -- Oppenheimer Development Markets | A | Dividend | J | T | Buy | 02/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Templeton Global Bond | A | Dividend | K | T | Buy | 02/16/16 | K | | |
| 70. -- Templeton Global Bond | A | Dividend | K | T | Buy (add'l) | 04/21/16 | J | | |
| 71. -- Templeton Global Bond | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |
| 72. -- Transamerica International Equity | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 73. -- Transamerica International Equity | A | Dividend | J | T | Buy (add'l) | 06/28/16 | J | | |
| 74. -- Wasatch Frontier Emerging Small Co's | | None | J | T | Buy | 02/16/16 | J | | |
| 75. -- Wells Fargo Special Mid Cap Value Adm | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 76. -- Wells Fargo Special Mid Cap Value Adm | A | Dividend | J | T | Sold (part) | 04/21/16 | J | A | |
| 77. -- IShares S&P 500 Growth | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 78. -- IShares S&P 500 Growth | A | Dividend | J | T | Sold (part) | 04/25/16 | J | A | |
| 79. -- IShares S&P 500 Value | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 80. -- Vanguard Large Cap ETF | A | Dividend | K | T | Buy | 02/18/16 | K | | |
| 81. -- Vanguard Large Cap ETF | A | Dividend | K | T | Sold (part) | 04/25/16 | J | A | |
| 82. -- Vanguard Sector Index | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 83. -- Vanguard Small-Cap ETF | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 84. -- Mainstay Tax-Free Bond | A | Dividend | | | Buy | 04/21/16 | J | | |
| 85. -- Mainstay Tax-Free Bond | A | Dividend | | | Sold (part) | 06/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -- Mainstay Tax-Free Bond | A | Dividend | | | Buy (add'l) | 11/01/16 | J | | |
| 87.  -- Mainstay Tax-Free Bond | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 88.  -- Ishares Inc Core MSCI Emerging Markets | A | Dividend | | | Buy | 04/25/16 | J | | |
| 89.  -- Ishares Inc Core MSCI Emerging Markets | A | Dividend | | | Sold | 06/30/16 | J | A | |
| 90.  -- IShares MSCI Emerging Markets | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 91.  -- IShares MSCI EAFE Small-Cap | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 92.  -- Western Asset Management Municipals | | None | K | T | Buy | 12/22/16 | K | | |
| 93.  TRUST #2 -- U/W Wm. Thompson Art. Sixth (H) | | | | | | | | | |
| 94.  -- Fidelity Diversified Int'l Fund | A | Dividend | J | T | | | | | |
| 95.  -- Fidelity Money Market Cash Reserves | A | Dividend | J | T | | | | | |
| 96.  -- Fidelity Advisor Mid Cap Fund II CL I | A | Dividend | J | T | | | | | |
| 97.  -- Fidelity Advisor Int'l Discovery Fund CL I | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 98.  -- Fidelity Real Estate Investment Fund | A | Dividend | K | T | Sold (part) | 12/22/16 | J | A | |
| 99.  -- Fidelity Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 100.  -- Baron Growth Fund | B | Dividend | J | T | | | | | |
| 101.  -- DWS Strategic High Yield Tax Free CL S | A | Dividend | K | T | Buy (add'l) | 09/16/16 | J | | |
| 102.  -- DWS Strategic High Yield Tax Free CL S | A | Dividend | K | T | Buy (add'l) | 11/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- DWS Strategic High Yield Tax Free CL S | A | Dividend | K | T | Sold (part) | 12/22/16 | J | A | |
| 104. -- Diamond Hill Small Cap Fund CL A | A | Dividend | J | T | | | | | |
| 105. -- Harbor Capital Appreciation Fund | B | Dividend | K | T | | | | | |
| 106. -- Hartford Capital Appreciation Fund CL A | A | Dividend | J | T | | | | | |
| 107. -- IShares TR Russell 100 Growth Index Fund | A | Dividend | K | T | Buy (add'l) | 01/27/16 | J | | |
| 108. -- IShares TR Russell 100 Growth Index Fund | A | Dividend | K | T | Sold (part) | 04/20/16 | J | A | |
| 109. -- Mutual Series Mutual Shares CL A | A | Dividend | J | T | | | | | |
| 110. -- T Rowe Price Mid Cap Value Fund Adv Class | B | Dividend | K | T | | | | | |
| 111. -- T Rowe Price Value Fund Adv Class | B | Dividend | K | T | | | | | |
| 112. -- Royce PA Mutual Fund | A | Dividend | J | T | | | | | |
| 113. -- S&P 500 Depository Receipt | B | Dividend | L | T | Sold (part) | 01/27/16 | K | A | |
| 114. -- S&P 500 Depository Receipt | B | Dividend | K | T | Sold (part) | 12/27/16 | J | A | |
| 115. -- Invesco Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 116. -- Artisan Int'l Value Fund | A | Dividend | K | T | Buy (add'l) | 01/25/16 | K | | |
| 117. -- American EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 118. -- MFS International Diversification Fund | A | Dividend | J | T | | | | | |
| 119. -- Fidelity Advisor New Insights | A | Dividend | J | T | Sold (part) | 04/18/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- T Rowe Price Tax Free Income | B | Dividend | K | T | Sold (part) | 01/25/16 | J | A | |
| 121. -- Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 122. -- IShares TR 1000 Index | A | Dividend | J | T | Sold (part) | 01/27/16 | J | A | |
| 123. -- IShares TR 1000 Value Index | A | Dividend | K | T | Sold (part) | 01/27/16 | J | A | |
| 124. -- IShares TR 1000 Value Index | A | Dividend | K | T | Sold (part) | 11/03/16 | J | B | |
| 125. -- Oakmark International | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 126. -- IShares Msci EAFE Index | A | Dividend | J | T | | | | | |
| 127. -- IShares TR Russell Midcap Value Index | A | Dividend | J | T | Sold (part) | 04/20/16 | J | A | |
| 128. -- IShares TR Russell Midcap Value Index | A | Dividend | J | T | Sold (part) | 07/07/16 | J | A | |
| 129. -- Templeton Global Bond | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 130. -- Templeton Global Bond | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 131. -- T Rowe Price International Stock | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 132. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Sold (part) | 01/25/16 | J | A | |
| 133. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 04/18/16 | J | | |
| 134. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 12/22/16 | J | | |
| 135. -- Fidelity Emerging Markets | | None | | | Sold | 01/25/16 | J | A | |
| 136. -- Oppenheimer International Bond | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Oppenheimer International Bond | A | Dividend | J | T | Buy (add'l) | 11/01/16 | J | | |
| 138. -- Oppenheimer International Bond | A | Dividend | J | T | Sold (part) | 12/22/16 | K | A | |
| 139. -- Blackrock National Muni | C | Dividend | M | T | | | | | |
| 140. -- Sector Spdr Tr Shs Ben Int Financial | | None | | | Sold | 01/27/16 | K | A | |
| 141. -- Franklin International Small Cap Growth Advisor | | None | | | Sold (part) | 04/18/16 | J | A | |
| 142. -- Franklin International Small Cap Growth Advisor | | None | | | Sold | 11/01/16 | J | A | |
| 143. -- MFS International Value Fund | | None | | | Sold | 01/25/16 | J | A | |
| 144. -- Wasatch Forntier Emerging Small Cp's | | None | J | T | Sold (part) | 11/01/16 | J | A | |
| 145. -- Spdr Ser Tr Barclays Conv Secs Etf | A | Dividend | | | Sold | 01/27/16 | J | A | |
| 146. -- Templeton Frontier Markets | | None | | | Sold (part) | 01/19/16 | J | A | |
| 147. -- Templeton Frontier Markets | | None | | | Sold (part) | 01/25/16 | J | A | |
| 148. -- Templeton Frontier Markets | | None | | | Sold | 01/27/16 | J | A | |
| 149. -- Eaton Vance Income Fund of Boston | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 150. -- Lazard Emerging Markets | | None | | | Sold | 01/25/16 | J | A | |
| 151. -- Oppenheimer Developing Markets Fund | | None | | | Sold | 01/25/16 | J | A | |
| 152. -- William Blair International Growth | | None | | | Sold | 01/25/16 | J | A | |
| 153. -- Ishares S&P Small-Cap | | None | | | Sold | 01/27/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Vanguard Index FDS Value | | None | | | Sold | 01/27/16 | K | A | |
| 155. -- Acadian Emerging Markets Investor | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 156. -- Blackrock High Yield Bond K | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 157. -- Blackrock High Yield Bond K | A | Dividend | J | T | Buy (add'l) | 04/18/16 | J | | |
| 158. -- Franklin Convertible Securities | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 159. -- Franklin Convertible Securities | A | Dividend | K | T | Buy (add'l) | 04/18/16 | J | | |
| 160. -- T Rowe Price Emerging Markets Stock | A | Dividend | K | T | Buy | 01/25/16 | K | | |
| 161. -- IShares Core S&P Small-Cap | A | Dividend | J | T | Buy | 01/27/16 | J | | |
| 162. -- IShares S&P 500 Value | A | Dividend | K | T | Buy | 01/27/16 | K | | |
| 163. -- IShares S&P 500 Value | A | Dividend | K | T | Sold (part) | 04/20/16 | J | A | |
| 164. -- IShares US Financials | A | Dividend | K | T | Buy | 01/27/16 | J | | |
| 165. -- IShares US Financials | A | Dividend | K | T | Sold (part) | 07/07/16 | J | A | |
| 166. -- Vanguard Large-Cap ETF | A | Dividend | K | T | Buy | 01/27/16 | K | | |
| 167. -- Vanguard Large-Cap ETF | A | Dividend | K | T | Sold (part) | 04/20/16 | J | A | |
| 168. -- Mainstay Tax-Free Bond | A | Dividend | | | Buy | 04/18/16 | J | | |
| 169. -- Mainstay Tax-Free Bond | A | Dividend | | | Sold (part) | 07/05/16 | J | A | |
| 170. -- Mainstay Tax-Free Bond | A | Dividend | | | Buy (add'l) | 11/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -- Mainstay Tax-Free Bond | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 172.  -- FlexShares Mdstar Global Upstream | A | Dividend | J | T | Buy | 04/20/16 | J | | |
| 173.  -- IShares Core Msci Emerging Markets | A | Dividend | J | T | Buy | 04/20/16 | J | | |
| 174.  -- IShares Core Msci Emerging Markets | A | Dividend | | T | Buy (add'l) | 07/07/16 | J | | |
| 175.  -- IShares MSCI EAFE Small-Cap | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 176.  -- Fidelity Tax-Free Bond Fund | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 177.  -- T Rowe Price Tax Free High Yield | | None | J | T | Buy | 12/22/16 | J | | |
| 178.  -- Western Asset Management Municipals | | None | J | T | Buy | 12/22/16 | J | | |
| 179.  GLENMEDE IRA (H) | | | | | | | | | |
| 180.  -- Glenmede Core Fixed Income Port | C | Dividend | M | T | Buy (add'l) | 05/20/16 | L | | |
| 181.  -- Glenmede Core Fixed Income Port | C | Dividend | M | T | Sold (part) | 07/27/16 | L | B | |
| 182.  -- Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 183.  -- Johnson & Johnson | A | Dividend | J | T | | | | | |
| 184.  -- Glenmede Govt Cash Fund | A | Interest | J | T | | | | | |
| 185.  -- Qualcomm Corp | A | Dividend | J | T | | | | | |
| 186.  -- AT&T Inc | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 187.  -- Templeton Global Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Legg Mason Brandywine Global Fund | | None | | | Sold | 04/01/16 | K | A | |
| 189. -- Conocophillips | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 190. -- Glenmede Fund Inc Advisor Small Cap | A | Dividend | K | T | | | | | |
| 191. -- American Express Co. | A | Dividend | | | Sold | 06/29/16 | J | A | |
| 192. -- Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 193. -- Van Eck Global Hard Assets | A | Dividend | K | T | Sold (part) | 12/02/16 | J | A | |
| 194. -- Apple Inc | A | Dividend | J | T | | | | | |
| 195. -- Wells Fargo Co | A | Dividend | | | Sold | 09/21/16 | J | C | |
| 196. -- Seyworks Solutions | A | Dividend | J | T | | | | | |
| 197. --National Oilwell Varco Inc | A | Dividend | | | Sold | 10/26/16 | J | A | |
| 198. -- Celgene Corp | | None | K | T | | | | | |
| 199. -- Cisco Systems | A | Dividend | J | T | | | | | |
| 200. -- Union Pacific Corp | A | Dividend | K | T | | | | | |
| 201. -- Loomis Sayles Bond Fund | B | Dividend | K | T | | | | | |
| 202. -- McCormick & Co Inc | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 203. -- Whiting Petroleum | | None | | | Sold | 05/05/16 | J | A | |
| 204. -- Priceline.Com Inc | | None | | | Sold | 09/26/16 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -- Quintiles Transitional Holdings Inc | | None | J | T | Sold (part) | 08/02/16 | J | B | |
| 206. -- Roche Holdings Ltd Spons ADR | A | Dividend | | | Sold | 06/16/16 | J | A | |
| 207. -- Novo-Nordisk | | None | | | Sold | 03/08/16 | J | A | |
| 208. -- Pepsico Inc | A | Dividend | J | T | | | | | |
| 209. -- Chevron Corp | A | Dividend | J | T | | | | | |
| 210. -- F5 Networks | | None | | | Sold | 03/30/16 | J | A | |
| 211. -- Astrazenca PLC Spons ADR | A | Dividend | | | Sold | 03/24/16 | J | A | |
| 212. -- Mastercard Inc | A | Dividend | J | T | | | | | |
| 213. -- Boeing Co | A | Dividend | J | T | | | | | |
| 214. -- Raytheon Company | A | Dividend | | | Sold | 02/11/16 | J | B | |
| 215. -- Ace Ltd | A | Dividend | | | Sold | 01/15/16 | J | A | |
| 216. -- Paypal Holdings Inc | | None | J | T | | | | | |
| 217. -- Home Depot Inc | A | Dividend | J | T | | | | | |
| 218. -- JP Morgan & Chase Co | A | Dividend | J | T | | | | | |
| 219. -- Dollar Tree Inc | | None | J | T | Sold (part) | 07/19/16 | J | C | |
| 220. -- Dollar Tree Inc | | None | J | T | Buy (add'l) | 09/06/16 | J | | |
| 221. -- Honeywell International Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Ralph Lauren Corp | A | Dividend | J | T | Buy (add'l) | 02/09/16 | J | | |
| 223. -- Cummins Engine Inc | | None | | | Sold | 02/12/16 | J | A | |
| 224. -- Alphabet Inc Cap Stock | | None | K | T | | | | | |
| 225. -- Sherwin Williams Co | A | Dividend | J | T | Buy (add'l) | 10/13/16 | J | | |
| 226. -- US Bancorp | A | Dividend | J | T | | | | | |
| 227. -- Gilead Sciences Inc | A | Dividend | J | T | Buy (add'l) | 01/21/16 | J | | |
| 228. -- Gilead Sciences Inc | A | Dividend | J | T | Buy (add'l) | 09/16/16 | J | | |
| 229. -- Southern Co | A | Dividend | | | Sold | 07/01/16 | J | B | |
| 230. -- WEC Energy Corp | | None | | | Sold | 02/08/16 | J | B | |
| 231. -- TJX Cos Inc | A | Dividend | J | T | | | | | |
| 232. -- Walt Disney Co | A | Dividend | J | T | Buy (add'l) | 01/21/16 | J | | |
| 233. -- Google Inc | A | Dividend | J | T | | | | | |
| 234. -- Invesco Ltd | A | Dividend | J | T | | | | | |
| 235. -- Cognizant Tech Solutions | | None | J | T | Buy | 01/12/16 | J | | |
| 236. -- Chubb Ltd | A | Dividend | | | Buy | 01/15/16 | J | | |
| 237. -- Chubb Ltd | A | Dividend | | | Sold | 05/23/16 | J | B | |
| 238. -- United Technologies Corp | A | Dividend | J | T | Buy | 02/22/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- Intel Corp | A | Dividend | J | T | Buy | 02/24/16 | J | | |
| 240. -- Yum Brands Inc | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 241. -- Eli Lily & Co | A | Dividend | J | T | Buy | 03/14/16 | J | | |
| 242. -- Valero Energy Corp | A | Dividend | | | Buy | 04/25/16 | J | | |
| 243. -- Valero Energy Corp | A | Dividend | | | Sold | 06/23/16 | J | | |
| 244. -- Mead Johnson Nutrition Co | A | Dividend | | | Buy | 04/26/16 | J | | |
| 245. -- Mead Johnson Nutrition Co | A | Dividend | | | Sold | 06/27/16 | J | A | |
| 246. --Diageo PLC Spons ADR | A | Dividend | J | T | Buy | 05/10/16 | J | | |
| 247. -- Smith & Nephew PLC | A | Dividend | | | Buy | 07/15/16 | J | | |
| 248. -- Smith & Nephew PLC | A | Dividend | | | Sold | 12/23/16 | J | A | |
| 249. -- Touchstone Sands Emerging Markets Growth Fund | | None | K | T | Buy | 07/25/16 | K | | |
| 250. -- Glenmede International | A | Dividend | L | T | Buy | 07/26/16 | L | | |
| 251. -- Glenmede International | A | Dividend | L | T | Sold (part) | 12/02/16 | J | A | |
| 252. -- Schlumberger Ltd | A | Dividend | J | T | Buy | 07/26/16 | J | | |
| 253. -- Advansix Inc | | None | | | Spinoff (from line 221) | 10/01/16 | J | | |
| 254. -- Advansix Inc | | None | | | Sold | 10/25/16 | J | A | |
| 255. -- Abbott Laboratories | | None | J | T | Buy | 10/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -- Yum China Holdings Inc | | None | J | T | Spinoff (from line 240) | 11/01/16 | J | | |
| 257.  -- Edwards Lifesciences | | None | J | T | Buy | 12/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 09/25/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544